ALEXIS S. GUTIERREZ (Bar No. 190487)
agutierrez@higgslaw.com
GEOFFREY M. THORNE (Bar No. 284740)
thorneg@higgslaw.com
JENNIFER J. GRIFFIN (Bar No. 317191)
griffinj@higgslaw.com
HIGGS FLETCHER & MACK LLP
401 West A Street, Suite 2600
San Diego, California 92101-7910
Telephone:   (619) 236-1551
Facsimile:   (619) 696-1410

Attorneys for DEFENDANT
JEFFERY PI (erroneously sued as
JEFFREY PI)

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUNNY ROBBINS, FKA, SUNNY PI, <br><br>Plaintiff, <br><br>v. <br><br>TURNING POINTS FOR FAMILY, LLC; LINDA GOTTLIEB, LMFT / LCSW-R; COPARENTING MADE EASY; MITRA SARKHOSH, LMFT; CARSLBAD COUNSELING CENTER; KENDALL WAGNER, LMFT; LAW OFFICES OF STEVEN L. FRITSCH, A.P.C.; STEVEN L. FRITSCH, ESQ.; LAW OFFICES OF LINDA J. ALEXANDER; LINDA ALEXANDER; JEFFREY PI AND DOES 1-50, <br><br>Defendants. | Case No. 3:23-cv-01061-CAB-KSC <br><br>**NOTICE OF MOTION AND DEFENDANT JEFFERY PI'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT** <br><br>Hearing Date:   August 21, 2023 <br>Courtroom:   15A <br>Judge:   Hon. Cathy Ann Bencivengo <br><br>PER CHAMBER RULES, NO ORAL ARGUMENT UNLESS SEPARATELY ORDERED BY THE COURT |

HIGGS FLETCHER & MACK LLP
ATTORNEYS AT LAW
SAN DIEGO

11745643.2   1   Case No. 3:23-cv-01061-CAB-KSC
Notice of Motion and Defendant Jeffery Pi's Motion to Dismiss Plaintiff's Complaint

**TO THE PARTIES AND THEIR COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that on August 21, 2023, or as soon thereafter as this matter may be heard, in Courtroom 15A of the United States District Court for the Southern District of California, located at 333 West Broadway, San Diego, California 92101, DEFENDANT JEFFERY PI ("Pi") will, and hereby does, move for an order dismissing the Complaint of Plaintiff SUNNY ROBBINS fka SUNNY PI ("Plaintiff"), without leave to amend.

The motion is made pursuant to Federal Rule of Civil Procedure 12(b)(6) and on grounds that Plaintiff cannot state a claim upon which relief can be granted under 42 U.S.C. § 1983 and/or 18 U.S.C. § 1961 in that: (1) Pi is immune from liability under the *Noerr-Pennington* doctrine as the complained of tortious conduct—the submission of false evidence by Pi in an underlying family law proceeding—is protected litigation activity, (2) the *Rooker-Feldman* and collateral estoppel doctrines preclude the Court from revisiting the merits of the child custody orders adjudicated by the San Diego Superior Court, which are binding and enforceable on the parties, and (3) Pi was not a "state actor" nor was he acting under "color of state law" in connection with the underlying family law proceeding.

This Motion is based on this Notice of Motion and Motion, the Memorandum in support thereof, all pleadings and papers filed in this action, and such other and further matters as the Court may consider.

Dated:  July 10, 2023         HIGGS FLETCHER & MACK LLP

By:   */s/ Geoffrey M. Thorne*
ALEXIS S. GUTIERREZ
GEOFFREY M. THORNE
JENNIFER J. GRIFFIN
Attorneys for DEFENDANT
JEFFERY PI (erroneously sued as JEFFREY PI)

Higgs Fletcher & Mack LLP
Attorneys at Law
San Diego

11745643.2 — 2 — Case No. 3:23-cv-01061-CAB-KSC
Notice of Motion and Defendant Jeffery Pi's Motion to Dismiss Plaintiff's Complaint